Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re _Kimberly McKinnis_  
          Debtor

Case No. _____

Chapter _13th_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _68.50_   Check one ☐ With the filing of the petition, or
                        ☐ On or before _5-23-07_

   $ _68.50_   on or before _6-23-07_

   $ _68.50_   on or before _7-23-07_

   $ _68.50_   on or before _8-23-07_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____     _Kimberly McKinnis_  _4-23-07_
Signature of Attorney          Date              Signature of Debtor        Date
                                                 (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                                 _____
                                                 Signature of Joint Debtor (if any)      Date